```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 13371
    SAMANTHA PATTERSON
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-6346


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 05/25/2008 and was not confirmed.

    The case was dismissed without confirmation 08/18/2008.
------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------
HOMEQ SERVICING CORP    CURRENT MORTG        .00            .00            .00
HOMEQ SERVICING CORP    MORTGAGE ARRE        .00            .00            .00
CAPITAL ONE BANK        UNSECURED       NOT FILED          .00            .00
CUBSA INC               UNSECURED       NOT FILED          .00            .00
FIRST PREMIER BANK      UNSECURED       NOT FILED          .00            .00
FIRST PREMIER BANK      UNSECURED       NOT FILED          .00            .00
H&F LAW                 UNSECURED       NOT FILED          .00            .00
JEFFERSON CAPITAL SYSTEM UNSECURED      NOT FILED          .00            .00
MUTUAL HOSPITAL COLLECTI UNSECURED      NOT FILED          .00            .00
MUTUAL HOSPITAL COLLECTI UNSECURED      NOT FILED          .00            .00
MUTUAL HOSPITAL COLLECTI UNSECURED      NOT FILED          .00            .00
MUTUAL HOSPITAL COLLECTI UNSECURED      NOT FILED          .00            .00
MUTUAL HOSPITAL COLLECTI UNSECURED      NOT FILED          .00            .00
NICOR GAS               UNSECURED       NOT FILED          .00            .00
PORTFOLIO RECOVERY ASSOC UNSECURED         935.81          .00            .00
RJM AQUISITIONS FUNDING UNSECURED       NOT FILED          .00            .00
RMI/MCSI                UNSECURED          700.00          .00            .00
RM/MCSI                 UNSECURED       NOT FILED          .00            .00
ROBERT J SEMRAD & ASSOC DEBTOR ATTY      3,324.00                         .00
TOM VAUGHN              TRUSTEE                                           .00
DEBTOR REFUND           REFUND                                            .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                        ---------------  ---------------

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 13371 SAMANTHA PATTERSON
```

TOTALS                                          .00                    .00

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 11/19/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```